IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

GUILLERMO MONTES            CASE NO.    15-24328-RAM

        Debtor.              CHAPTER    13
_____/

**RESPONSE TO OBJECTION TO CLAIM**

Creditor, Residential Credit Solutions, Inc. as servicing agent for J.P. Morgan Mortgage Acquisition Corp., by and through undersigned counsel, files its Response to Debtor's Objection to Claim:

1. Creditor holds a valid lien on the property located at 1901 Hammond Dr, Miami, Florida 33166.

2. Creditor filed Proof of Claim 3-1 ("Claim").

3. Creditor has no objection to its claim being allowed, treated outside of the bankruptcy and receiving no distribution from the Chapter 13 Trustee.

**WHEREFORE**, Creditor respectfully requests sustain Debtor's Objection to Claim in part, allowing the Claim as filed but receiving no distribution from the Chapter 13 Trustee and for such other and further relief as the Court deems appropriate.

Dated: February 26, 2016

                                                    */s/ Austin M. Noel*
                                                    Austin M. Noel, Esquire

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this 26th day of February, 2016.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Guillermo Montes
1901 Hammond Drive
Miami Springs, FL 33166-3250

**VIA CM/ECF NOTICE**
Mitchell J. Nowack Esq.
Nowack & Olson PLLC
8551 W Sunrise Blvd Ste 208
Plantation, FL 33322-4007

**Chapter 13 Trustee**
Nancy K. Neidich
POB 279806
Miramar, Florida 33027