**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ____2nd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: <u>GUILLERMO MONTES</u>   JOINT DEBTOR: _____   CASE NO.: <u>15-24328-RAM</u>

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __25__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ <u>210.00</u> for months <u>1</u> to <u>25</u>;
    B.    $_____ for months ____ to ____;
    C.    $_____ for months ____ to ____; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $<u>4775.00</u>   TOTAL PAID $<u>1275.00</u>
          Balance Due   $<u>3500.00</u>   payable $<u>184.21</u>/month (Months <u>1</u> to <u>19</u>)
          $275.00 Costs

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date   $_____
Address:_____   Arrears Payment  $_____/month (Months ____ to ____)
        _____   Regular Payment  $_____/month (Months ____ to ____)
                                       Regular Payment  $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                            Payable   $_____/month (Months <u>1</u> to ____)
                            Payable   $_____/month (Months____ to____)

<u>Unsecured Creditors</u>: Pay <u>4.79</u>/month (Months <u>1</u> to <u>19</u>) and Pay $<u>189.00</u>/month (Months <u>20</u> to <u>25</u>).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. Debtor will treat Residential Credit Services and MDS Mgmt (National City) outside of the plan.

2. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.


   <u>/s/ **FILED ECF**_____</u>   Date:   5/18/16
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)


LF-31 (rev. 01/08/10))